UNITED STATES DISTRICT COURT
Southern          District of ILLINOIS

JAQUELL JONES

v.                                          24-2411-JPG

BUREAU OF PRISONS                           NO.

Complaint For Damages

### Complaint

Plaintiff, Jaquell Jones brings this Civil Action against the Federal Bureau Of Prisons (B.O.P.) Under Federal Tort Claims Act and alleges

### Jurisdiction

This Court has Jurisdiction of the plaintiff's Claim Under the Federal Tort Claims Act, Pursuant to 28 U.S.C. § 1346(b)

### Parties

Plaintiff JAQUELL JONES   is a resident of the eastern Division of the ~~western~~ eastern District of Wisconsin   , where he Will reside once his Federal Sentence is Completed, he will reside at 2500 W. Rohr Ave, city of Milwalkee   , Milwalkee   County Wisconsin   State.
The Defendant BUREAU OF Prisons has duly entered its appearance

### Claim For Relief

Plaintiff has Purchased Commissary   and held it at FCI MARION, P.O. Box 1000, MARION IL 62959 since 2/2024   . In the month of July   2024   , agents of the B.O.P. acting For and on behalf of the defendant and in the Course and scope of their authority from the Defendant, mishandled the plaintiffs belongings after transfering him to Special Housing unit and as a result of the mishandling of the items the plaintiff never received his property. On 7/11/2024   agents and employees of the B.O.P acting through the defendants agent (property officer) never gave the plaintiff a property sheet to sign and never returned his property Containing the items Purchased on Commissary resulting in a pecuniary loss. The dates of purchase are attached with this motion.

(See Exhibit A). In mishandling the plaintiffs property the defendants agents acted negligently, causing the defendants agents to destroy 1500 dollars worth of items. The defendants agents when mishandling the plaintiffs property represented to him that the items would be safe and not mishandled and that he would receive a property sheet with the items listed. The plaintiff avers that he relied on this representation. As a result to the plaintiffs reliance on the misrepresentation of the defendants agents, the plaintiff acquiesced in the action of the defendants agents in the mishandling of his property. After learning of his rights, plaintiff promptly took steps to institute his claim under the Federal Tort Claims Act and will pursue an administrative remedy as well. In destroying the plaintiffs property the defendant was thus damaged in the sum of $1,500.00 this loss inflicted by the mishandling of the plaintiffs property will not fully compensate him.

## Prayer

Plaintiff requests that a judgment be entered in which plaintiff will be awarded the damages set out above under the Federal Tort Claims Act, together with all other relief to which the plaintiff may be entitled.

Dated 10/20/2024

By JaQuell Jones

JaQuell Jones
FCI Marion
P.O. Box 1000
Marion IL 6295,

## Certificate Of Service

I JaQuell Jones certify that a true and exact copy of the following instrument has been sent via postal service to be served on all parties involved in the case on 10/20/24

SALES INVOICE   --S.B.U.--
MARION USP
MAIN
ACCOUNT No. 08005510          TF10155
JONES, JAQUELL
02/20/2024 Time 08:19:29     TX ID 4779757
                             Receipt# 23

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $391.24

| QTY | DESCRIPTION | PRICE |
| --- | --- | --- |
| 1 | 3PC CUTLERY SET | $1.45 |
| 1 | AJAX DISH SOAP (B) | $1.95 |
| 1 | BBQ SAUCE | $1.85 |
| 3 | BEEF RAMEN | $1.95 |
| 1 | BOXER BRIEF L | $5.20 |
| 5 | CAJUN CHIKN RAMEN | $2.50 |
| 1 | CHAPSTICK | $2.30 |
| 7 | CHEESE RICE | $16.45 |
| 1 | CHEESE VELVETTA | $4.10 |
| 3 | CHICKEN STICK BUFFALO | $4.20 |
| 4 | CHILI HOT W/B | $7.80 |
| 1 | CHILI RAMEN | $0.45 |
| 1 | CLEAR MUG 22OZ | $2.60 |
| 1 | CLOTHES HANGER 8 PK | $2.25 |
| 1 | COLGATE BPS WHITE TP | $3.50 |
| 1 | COLGATE MW | $4.80 |
| 1 | COMBINATION LOCK | $8.95 |
| 1 | CON QUESO SPREAD | $2.10 |
| 1 | COTTON SWABS | $2.05 |
| 1 | DEGREE EXTREME BLAST | $3.25 |
| 1 | DENTAL FLOSS | $2.05 |
| 1 | DOO RAG, WHITE | $3.25 |
| 2 | DOVE SOAP | $4.80 |
| 1 | FABRIC SOFTNER | $2.45 |
| 1 | FOLGERS 8OZ JAR | $8.35 |
| 1 | GUMMI BEARS | $1.35 |
| 10 | HOT-N-SPICY VEG RAMEN | $5.00 |
| 1 | ID HOLDER | $0.45 |
| 1 | IMITATION BACON BITS | $1.25 |
| 1 | LEGAL PAD YELO | $2.25 |
| 1 | LEMMON JUICE | $1.00 |
| 1 | M/L FLEX HAT | $13.00 |
| 3 | MACKERAL | $3.45 |
| 3 | OYSTERS | $5.10 |
| 1 | PALMER COCOA BUTTER LOTION | $7.30 |
| 1 | PEANUT BUTTER | $3.25 |
| 1 | PEPPER MIX | $3.20 |
| 2 | PEPPERONI | $5.10 |

| | | |
|---|---|---|
| 5 | PICNTE CHIKN RAMEN | $2.50 |
| 1 | PINK OIL MOISTURIZER | $6.90 |
| 1 | S/H ASIAN SAUCE | $3.25 |
| 1 | SCORE 7T | $131.30 |
| 1 | SHOWER PUFF | $0.85 |
| 2 | SHRDED BEEF | $7.90 |
| 1 | SKITTLES 30PK D-MIX | $5.25 |
| 1 | SLICED JALAPENOS | $2.45 |
| 3 | SPICY BEEF HALAL | $7.50 |
| 1 | SUAVE BODY WASH | $4.95 |
| 1 | SWEATPANT L | $22.10 |
| 4 | TUNA 2.5 OZ | $6.00 |
| 3 | WHITE RICE | $5.25 |
| | # ITEMS SOLD: 95 | |
| | CHARGE 08005510 | $358.50 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $32.74

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--

MARION USP

MAIN

ACCOUNT No. 08005510          TF10013

JONES, JAQUELL

03/18/2024 Time 08:18:53      TX ID 4792615

Receipt# 30

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $360.74

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | *JET 23 SHOES | $74.75 |
| 4 | BEEF & JALAPENO COMBO | $6.40 |
| 10 | BEEF RAMEN | $6.50 |
| 10 | CAJUN CHIKN RAMEN | $5.00 |
| 7 | CHEESE RICE | $16.45 |
| 5 | CHICKEN STICK BUFFALO | $7.00 |
| 5 | CHILI HOT W/B | $9.75 |
| 10 | CHILI RAMEN | $4.50 |
| 1 | COCCA BUTTER STICK | $2.60 |
| 12 | COKE | $6.00 |
| 1 | COLGATE BPS WHITE TP | $3.50 |
| 2 | CON QUESO SPREAD | $4.20 |
| 4 | DORITOS N/C | $11.00 |
| 3 | DOVE SOAP | $7.20 |
| 2 | FRUTY DYNO BITE 17OZ | $9.90 |
| 2 | GRANOLA BAR CC FUDG | $5.90 |
| 2 | GUMMI BEARS | $2.70 |
| 10 | HEALTH SHAKE CHOCO | $17.50 |
| 2 | HONEY BUNS | $3.10 |
| 10 | HOT-N-SPICY VEG RAMEN | $5.00 |
| 2 | HOT-SPICY CHEEZ-IT | $4.30 |
| 2 | KEEFE COL | $6.80 |
| 2 | LADY SPEED STICK | $5.10 |
| 1 | LAYS STAX SOUR CREAM & ONION | $2.00 |
| 1 | M&M PEANUT | $1.55 |
| 1 | OAT-N-HONEY GRNOLA BAR | $0.80 |
| 3 | OATMEAL CREME PIE | $7.80 |
| 1 | PEANUT BUTTER | $3.25 |
| 1 | PEANUT CLUSTER | $1.65 |
| 10 | PICNTE CHIKN RAMEN | $5.00 |
| 2 | RANCH PACKET | $1.00 |
| 2 | RIPPLE HOT HOT! | $3.20 |
| 1 | S/H ASIAN SAUCE | $3.25 |
| 2 | SKITTLES 30PK D-MIX | $10.50 |
| 2 | SNICKERS | $3.10 |
| 12 | SPRITE | $6.00 |
| 2 | STRBERY SHRTCAKE ROLL | $5.20 |

| 5 | SUMMER SAUSAGE | $12.75 |
| 5 | SUMMER SAUSAGE HOT | $12.75 |
| 8 | TUNA 2.5 OZ | $12.00 |
| 2 | TWIX | $2.60 |
| 2 | VARIETY OATMEAL | $7.70 |
| 2 | WHATCHAMACALLIT | $3.10 |
| | # ITEMS SOLD: 174 | |
| | CHARGE 08005510 | $330.35 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $30.39

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--

MARION USP

MAIN

ACCOUNT No. 08005510          TF10013

JONES, JAQUELL

04/30/2024 Time 08:35:19        TX ID 4807113

                              Receipt# 32

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $455.39

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 3 | 4-CHEESE MASH POTATO | $7.35 |
| 2 | AMBI CLEANSING BAR | $6.00 |
| 3 | BEEF & JALAPENO COMBO | $4.80 |
| 5 | CAJUN CHIKN RAMEN | $2.50 |
| 1 | CAPPUCCINO | $2.35 |
| 7 | CHEESE RICE | $16.45 |
| 2 | CHEETOS JALAPENO | $6.00 |
| 5 | CHICKEN STICK BUFFALO | $7.00 |
| 6 | CHILI HOT W/B | $11.70 |
| 4 | CHILI RAMEN | $1.80 |
| 1 | CHOCO/CRM COOKIES | $3.25 |
| 2 | CHWY/CHOCO CHIP COOKIE | $6.00 |
| 1 | CINN TOST CRUN | $4.95 |
| 1 | COLGATE BPS WHITE TP | $3.50 |
| 2 | CON QUESO SPREAD | $4.20 |
| 1 | CREAMER | $1.90 |
| 2 | DORITOS N/C | $5.50 |
| 1 | DOVE SOAP | $2.15 |
| 3 | FLOUR TORTILLA 10C | $5.25 |
| 1 | FOLGERS 8OZ JAR | $8.35 |
| 1 | FRUTY DYNO BITE 17OZ | $4.95 |
| 1 | GARLIC POWDER | $1.55 |
| 2 | GOUDA CHEESE SPREAD | $4.20 |
| 1 | GRANOLA BAR CC FUDG | $2.95 |
| 1 | HAWAIAN PUNCH P/S | $1.30 |
| 1 | HAWAIN PUNCH | $1.75 |
| 1 | HONEY | $4.05 |
| 5 | HONEY PEPPER SAUSAGE | $12.75 |
| 2 | HOT PICKLES | $2.10 |
| 1 | HOT SAUCE | $1.90 |
| 10 | HOT-N-SPICY VEG RAMEN | $5.00 |
| 2 | HOT-SPICY CHEEZ-IT | $4.30 |
| 1 | HYDROCORTISONE | $2.20 |
| 2 | LADY SPEED STICK | $5.10 |
| 1 | LAYS STAX SOUR CREAM & ONION | $2.00 |
| 1 | LEMMON JUICE | $1.00 |
| 2 | M&M PEANUT | $3.10 |

| | | |
|---:|---|---:|
| 10 | MACKEREL | $11.50 |
| 1 | MIXED HARD CANDY | $0.85 |
| 12 | MR PIBB | $6.00 |
| 2 | NUTTY BAR | $5.20 |
| 2 | OATMEAL CREME PIE | $5.20 |
| 4 | OYSTERS | $6.80 |
| 1 | PANTENE 2 N 1 | $7.75 |
| 2 | PEPPER MIX | $6.40 |
| 5 | PICNTE CHIKN RAMEN | $2.50 |
| 1 | PLAYING CARDS | $2.95 |
| 1 | PURE KICK S/W | $1.75 |
| 2 | RIPPLE HOT HOT! | $3.20 |
| 1 | SKITTLES 30PK D-MIX | $5.25 |
| 1 | SLICED JALAPENOS | $2.45 |
| 12 | SPRITE | $6.00 |
| 1 | STRBERY SHRTCAKE ROLL | $2.60 |
| 1 | STRWBRY CREME COOKIES | $2.35 |
| 5 | SWEET & SALTY MIX | $7.25 |
| 1 | SWEETNER | $1.95 |
| 1 | TOOTHBRUSH-SOFT | $1.15 |
| 2 | TOOTSIE POP DROPS | $3.20 |
| 1 | TWEEZERS | $1.50 |
| 2 | VARIETY OATMEAL | $7.70 |
| 2 | WHATCHAMACALLIT | $3.10 |
| | # ITEMS SOLD: 161 | |
| | CHARGE 08005510 | $275.80 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $179.59

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--

MARION USP

MAIN

ACCOUNT No. 08005510                TF10013

JONES, JAQUELL

05/08/2024 Time 11:17:56      TX ID 4810521

                              Receipt# 77

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $144.59

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | A-SHIRT L | $14.30 |
| 5 | CAJUN CHIKN RAMEN | $2.50 |
| 4 | CHILI HOT W/B | $7.80 |
| 5 | CHILI RAMEN | $2.25 |
| 1 | CINN TOST CRUN | $4.95 |
| 1 | CREW SOCKS | $6.45 |
| 3 | DORITOS N/C | $8.25 |
| 1 | FRUTY DYNO BITE 17OZ | $4.95 |
| 2 | HOT-SPICY CHEEZ-IT | $4.30 |
| 1 | OATMEAL CREME PIE | $2.60 |
| 14 | PICNTE CHIKN RAMEN | $7.00 |
| 5 | SUMMER SAUSAGE | $12.75 |
| 2 | VARIETY OATMEAL | $7.70 |
| | # ITEMS SOLD: 45 | |
| | CHARGE 08005510 | $85.80 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $58.79

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.---

MARION USP

MAIN

ACCOUNT No. 08005510            TF43336

JONES, JAQUELL

05/22/2024 Time 12:23:36        TX ID 4817163

Receipt# 37

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $310.00

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 5 | 4-CHEESE MASH POTATO | $12.25 |
| 1 | AAA BATTERIES | $2.45 |
| 2 | AMBI CLEANSING BAR | $6.00 |
| 2 | BEEF & JALAPENO COMBO | $3.20 |
| 3 | BOXER BRIEF L | $15.60 |
| 1 | CAPPUCCINO | $2.35 |
| 2 | CHEESE VELVETTA | $8.20 |
| 2 | CHEETOS JALAPENO | $6.00 |
| 2 | DORITOS N/C | $5.50 |
| 1 | FLAVOR MATE | $2.75 |
| 1 | FOLGERS 8OZ JAR | $8.35 |
| 1 | HAWAIAN PUNCH P/S | $1.30 |
| 1 | HAWAIN PUNCH | $1.75 |
| 2 | HONEY BUNS | $3.10 |
| 4 | HONEY PEPPER SAUSAGE | $10.20 |
| 2 | HOT PICKLES | $2.10 |
| 1 | LAYS STAX SOUR CREAM & ONION | $2.00 |
| 2 | M&M PEANUT | $3.10 |
| 7 | MACKERAL | $8.05 |
| 12 | MR PIBB | $6.00 |
| 1 | NIKE GIANNIS IMMORTALITY 3 | $89.90 |
| 1 | NUTTY BAR | $2.60 |
| 1 | OATMEAL CREME PIE | $2.60 |
| 4 | OYSTERS | $6.80 |
| 2 | PEPPER MIX | $6.40 |
| 1 | PURE KICK S/W | $1.75 |
| 4 | RANCH PACKET | $2.00 |
| 2 | RIPPLE HOT HOT! | $3.20 |
| 2 | SHRDED BEEF | $7.90 |
| 3 | SHREDDED MOZZARELLA | $3.45 |
| 1 | SKITTLES 30PK D-MIX | $5.25 |
| 12 | SPRITE | $6.00 |
| 1 | STRBERY POP-UPS | $2.15 |
| 1 | SUAVE BODY WASH | $4.95 |
| 2 | TUNA (5 OZ) | $5.10 |
| 2 | WHATCHAMACALLIT | $3.10 |
| 0 | WHITE RICE | $0.00 |
| | # ITEMS SOLD: 94 | |

CHARGE 08005510          $263.40

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $46.60

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--

MARION USP

MAIN

ACCOUNT No. 08005510          TF10013

JONES, JAQUELL

06/05/2024 Time 12:07:00      TX ID 4822332

Receipt# 43

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $146.60

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 5 | BEEF RAMEN | $3.25 |
| 1 | BUTTER POPCORN | $2.00 |
| 4 | CHILI HOT W/B | $7.80 |
| 4 | CHILI RAMEN | $1.80 |
| 12 | COKE | $6.00 |
| 2 | DORITOS N/C | $5.50 |
| 2 | GUMMI BEARS | $2.70 |
| 2 | HOT PICKLES | $2.10 |
| 15 | HOT-N-SPICY VEG RAMEN | $7.50 |
| 2 | HOT-SPICY CHEEZ-IT | $4.30 |
| 1 | ISSEY MIYAKE FRAGRANCE OIL | $6.50 |
| 2 | KOSHER PICKLE | $2.10 |
| 2 | LAYS STAX SOUR CREAM & ONION | $4.00 |
| 2 | M&M PEANUT | $3.10 |
| 2 | MIXED NUTS | $8.70 |
| 12 | MR PIBB | $6.00 |
| 1 | OATMEAL CREME PIE | $2.60 |
| 2 | PEANUT CLUSTER | $3.30 |
| 2 | PLAIN BAGEL | $1.50 |
| 1 | RIPPLE HOT HOT! | $1.60 |
| 1 | SNACK CRACKER | $2.35 |
| 1 | STRBERY SHRTCAKE ROLL | $2.60 |
| 5 | SWEET & SALTY ALMOND BAR | $3.75 |
| 1 | TORTILLA CHIPS | $2.25 |
| . 1 | VISINE ALLERGY DROPS | $9.30 |
| 2 | WHATCHAMACALLIT | $3.10 |
| | # ITEMS SOLD: 87 | |
| | CHARGE 08005510 | $105.70 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $40.90

_____

Fingerprint Verified

Signature

SALES INVOICE   --S.B.U.--
MARION USP
MAIN
ACCOUNT No. 08005510          TF10155
JONES, JAQUELL
06/20/2024 Time 12:19:55      TX ID 4829758
                              Receipt# 73

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $290.00

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AJAX DISH SOAP (B) | $1.95 |
| .1 | ALLERGY RELIEF (A) | $1.50 |
| 12 | BEEF RAMEN | $7.80 |
| 1 | CAPPUCCINO | $2.35 |
| 1 | CHEESE JALAPENO JACK | $2.10 |
| 1 | CHEESE RICE | $2.35 |
| 1 | CHILI GARLIC HT SAU | $2.75 |
| 4 | CHILI HOT W/B | $7.80 |
| 12 | CHILI RAMEN | $5.40 |
| 1 | COCCA BUTTER STICK | $2.60 |
| 1 | COLGATE MW | $4.80 |
| 1 | CON QUESO SPREAD | $2.10 |
| 4 | DORITOS N/C | $11.00 |
| 1 | FRENCH VANILLA CREAMER | $4.90 |
| 1 | GEL INSOLS 10-11 | $15.75 |
| 1 | GOUDA CHEESE SPREAD | $2.10 |
| 4 | HAWAIAN PUNCH P/S | $5.20 |
| 2 | HONEY BUNS | $3.10 |
| 4 | HONEY PEPPER SAUSAGE | $10.20 |
| 2 | HOT PICKLES | $2.10 |
| 1 | HOT SAUCE | $1.90 |
| 2 | KOSHER PICKLE | $2.10 |
| 1 | LAYS STAX SOUR CREAM & ONION | $2.00 |
| 3 | M&M PEANUT | $4.65 |
| 8 | MACKERAL | $9.20 |
| 12 | MR PIBB | $6.00 |
| 1 | NUTTY BAR | $2.60 |
| 3 | OYSTERS | $5.10 |
| 1 | PEANUT CLUSTER | $1.65 |
| 4 | PURE KICK S/W | $7.00 |
| 2 | RANCH PACKET | $1.00 |
| 2 | RIPPLE HOT HOT! | $3.20 |
| 3 | SHRDED BEEF | $11.85 |
| 1 | SLICED JALAPENOS | $2.45 |
| 1 | SNACK CRACKER | $2.35 |
| 12 | SPRITE | $6.00 |
| 1 | STARCRUNCH | $2.60 |

| | | |
|---|---|---|
| 2 | STRBERY SHRTCAKE ROLL | $5.20 |
| 3 | TUNA (5 OZ) | $7.65 |
| 3 | WHATCHAMACALLIT | $4.65 |
| | # ITEMS SOLD: 122 | |
| | CHARGE 08005510 | $187.00 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $103.00

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--

MARION USP

MAIN

ACCOUNT No. 08005510          TF10155

JONES, JAQUELL

06/20/2024 Time 12:25:09      TX ID 4829764

Receipt# 75

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $103.00

| QTY | DESCRIPTION | PRICE |
|-----|------------|-------|
| -1 | GEL INSOLS 10-11 | ($15.75) |
| | # ITEMS SOLD: -1 | |
| | CHARGE 08005510 | ($15.75) |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $118.75

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--

MARION USP

MAIN

ACCOUNT No. 08005510          TF10013

JONES, JAQUELL

06/26/2024 Time 12:30:31          TX ID 4831850

Receipt# 44

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $103.75

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | 4-CHEESE MASH POTATO | $4.90 |
| 10 | CHEESE RICE | $23.50 |
| 4 | CHILI HOT W/B | $7.80 |
| 2 | DORITOS N/C | $5.50 |
| 1 | FLOSS PICKS | $1.90 |
| 2 | GOUDA CHEESE SPREAD | $4.20 |
| 2 | HOT PICKLES | $2.10 |
| 2 | KOSHER PICKLE | $2.10 |
| 1 | LAYS STAX SOUR CREAM & ONION | $2.00 |
| 1 | LEMMON JUICE | $1.00 |
| 2 | M&M PEANUT | $3.10 |
| 1 | MAYONAISE | $4.75 |
| 12 | MR PIBB | $6.00 |
| 1 | SHRDED BEEF | $3.95 |
| 2 | SNICKERS | $3.10 |
| 4 | SPICY BEEF HALAL | $10.00 |
| 12 | SPRITE | $6.00 |
| 1 | SWEETNER | $1.95 |
| 1 | TORTILLA CHIPS | $2.25 |
| 3 | TUNA (5 OZ) | $7.65 |
| | # ITEMS SOLD: 66 | |
| | CHARGE 08005510 | $103.75 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $0.00

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--

MARION USP

MAIN

ACCOUNT No. 08005510          TF10013

JONES, JAQUELL

07/10/2024 Time 12:09:16      TX ID 4838159

Receipt# 5

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $204.69

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | 64OZ BOWL W/L | $2.95 |
| 10 | BEEF RAMEN | $6.50 |
| 1 | BUNNY TRAX | $2.90 |
| 2 | CHILI HOT W/B | $3.90 |
| 24 | COKE | $12.00 |
| 2 | CREAMER | $3.80 |
| 2 | DORITOS N/C | $5.50 |
| 2 | FLOUR TORTILLA 10C | $3.50 |
| 1 | FOLGERS 8OZ JAR | $8.35 |
| 10 | HOT-N-SPICY VEG RAMEN | $5.00 |
| 1 | HOT-SPICY CHEEZ-IT | $2.15 |
| 1 | LITTLE DEBBIE CHERRY PIE | $3.25 |
| 1 | MACKERAL | $1.15 |
| 1 | OATMEAL CREME PIE | $2.60 |
| 2 | RIPPLE HOT HOT! | $3.20 |
| 2 | STRBERY POP-UPS | $4.30 |
| 2 | STRBERY SHRTCAKE ROLL | $5.20 |
| 1 | SUMMER SAUSAGE HOT | $2.55 |
| 2 | TORTILLA CHIPS | $4.50 |
| 1 | WHEAT THIN | $2.65 |
| | # ITEMS SOLD: 69 | |
| | CHARGE 08005510 | $85.95 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $118.74

Fingerprint Verified

Signature

DaRuell Jones #08008508
USP Marion
PO Box 1000
Marion, IL 62959

legal Mail

MAIL CLEAR
US MARSHAL

Clerk office, Us District
Court,
750 Missouri Ave
East St. louis, IL 62201

PURPLE HEART
FOREVER USA

PURPLE HEART
FOREVER USA

PURPLE HEART
FOREVER USA

RECEIVED

OCT 31 2,24

CLERK, U.S. DISTRICT C
SOUTHERN DISTRICT OF IL
EAST ST. LOUIS OFFICE