# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAQUELL JONES, #08005-510,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Case No. 24-cv-02411-JPG |
| **BUREAU OF PRISONS,** | ) ) ) |
| **Defendant.** | ) ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing, and the action is **DISMISSED with prejudice,** the parties to bear their own costs.

**DATED**: 12/18/2024

MONICA A. STUMP, CLERK

By: s/ Megan Moyers
    Deputy Clerk

APPROVED: s/ J. Phil Gilbert
          Honorable J. Phil Gilbert
          United States District Judge